**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER B. MITCHELL III, | Case No. CV 19-3610 PA (JPRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| OCTAPHARMA AG; and STAFFORD OWENS, PILLER, MURANE, KELLEHER & TROMBLEY, PLLC, | |
| Defendants. | |

In accordance with the Court's May 16, 2019 Minute Order dismissing the Complaint filed by plaintiff Oliver B. Mitchell III ("Plaintiff") without leave to amend and dismissing this action without prejudice to Plaintiff pursuing his state law claims, if any, in state court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: May 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE